| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 10-30-13  9:00 AM | Copy of warrant and inventory left with: |

Inventory made in the presence of:
PET A WRIGHT

Inventory of the property taken and name of any person(s) seized:

8 gms MARIJUANA

**FILED**
NOV 0 5 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-5-13

_____
Executing officer's signature

Dustin C. Holland/Postal Inspector
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>USPS Priority Mail, 9114901159815400754435, mailed from San Francisco, CA, dated October 22, 2013, bearing $5.60 postage, with a return address of John Merky, 1851 Broadway, Oakland, CA 94612 addressed to Markus Partridge, 118 Blessed Way, Angiers NC 27501 | Case No. 5:13mj1954 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __North Carolina__ *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail 9114 9011 5981 5400 7544 35 mailed from San Francisco, CA dated October 22, 2013, bearing $5.60 postage, with a return address of John Merky, 1851 Broadway, Oakland, CA 94612 addressed to Markus Partridge, 118 Blessed Way, Angiers, NC 27501

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Controlled substances and/or the proceeds from the sale of controlled substances evidencing a violation of Title 21, United States Code, Sections 841 and 843 (Distribution and possession with intent to distribute controlled substances; Use of a communication facility)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __12 Nov. 2013__
*(not to exceed 14 days)*

[X] in the daytime 6:00 a.m. to 10 p.m.   [ ] at any time day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any Eastern District of North Carolina United States Magistrate Judge.

[ ] I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   [ ] for _____ days *(not to exceed 30)*
   [ ] until, the facts justifying, the later specific date of _____.

Date and time issued: 29 Oct. 2013 4:45 p.m.

_____
Judge's signature

City and State: Raleigh, North Carolina        JAMES E. GATES, United States Magistrate Judge
                                                *Printed Name and Title*